# MINUTE ORDER

CASE NUMBER: 1:24-cv-00007-LEK-KJM

CASE NAME: Bentley et al. v. Hickam Communities LLC et al.

JUDGE: Leslie E. Kobayashi            DATE: 10/23/2025

COURT ACTION:  EO: ORDER GRANTING THIRD-PARTY DEFENDANT'S UNOPPOSED MOTION TO STAY CASE DURING LAPSE OF APPROPRIATIONS

      On October 22, 2025, Third-Party Defendant United States of America ("the United States") filed an Unopposed Motion to Stay Case During Lapse of Appropriations ("Motion"). [Dkt. no. 56.] Counsel for Plaintiffs Kasey N. Bentley, Kristofer W. Bentley, Phyllis A. Minor, and Christian Butler, individually and on behalf of all others similarly situated ("Plaintiffs"), and counsel for Defendant/Third-Party Plaintiff Hickam Communities LLC ("Hickam Communities") authorized the United States to represent that Plaintiffs and Hickam Communities do not oppose the requested stay. [Id. at ¶¶ 5-6.]

      For the reasons stated therein, the Motion is GRANTED, and the entire case is STAYED. All current deadlines are EXTENDED commensurate with the duration of the lapse of appropriations, i.e., each deadline is extended by the total number of days of the lapse of appropriations. Any forthcoming proceeding in this case is VACATED and will be rescheduled. The United States is ORDERED to notify the Court once funds have been appropriated for the relevant departments.

The parties are ORDERED to appear for a status conference before the Court on **January 27, 2026,** by video-teleconference. If funds have not been appropriated for the relevant departments by that time, the status conference will be rescheduled.

      IT IS SO ORDERED.

Submitted by: Carla Cortez, Courtroom Manager